William A. Munoz - 191649
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 565-0300
Facsimile: (916) 565-1636

Attorneys for Defendants
FIRST COLLECT, INC., DAVID B. FELDSTEIN, ELIZABETH MILLER, PAMELA MCCULLER, ANN VANDERBILT, HEALTHCARE BUSINESS RESOURCES, & EDWARD SUGGS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KING,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, INC.; THOMAS CHAPMAN; ECS; WEST ASSET MANAGEMENT; NATIONAL ASSET MANAGEMENT, INC.; NATIONAL ASSET MANAGEMENT ENTERPRISES, INC.; SARAH CHILES; MITCHELL D. BLUHM; FIRST COLLECT, INC.; DAVID B. FELDSTEIN; ELIZABETH MILLER; PROFESSIONAL EMERGENCY SERVICES; HEALTHCARE BUSINESS RESOURCES, INC.; PAMELA McCULLER; ANN VANDERBILT; THOMAS B. BARKER; EDWARD L. SUGGS; BARBARA BALLONE; and DOES 1 - 100, Inclusive,<br><br>    Defendants. | Case No.: C06-00275 MJJ<br><br>ASSOCIATION OF COUNSEL AND ORDER. |

- 1 -

ASSOCIATION OF COUNSEL

William A. Munoz, being the attorney of record for Defendants, FIRST COLLECT, INC., DAVID B. FELDSTEIN, ELIZABETH MILLER, PAMELA MCCULLER, ANN VANDERBILT, HEALTHCARE BUSINESS RESOURCES, & EDWARD SUGGS hereby associates Mark E. Ellis of the law firm of Ellis, Coleman, Poirier, LaVoie & Steinheimer, LLP, as co-counsel for Defendants HEWITT & PROUT AND R. MAC PROUT, in the above-entitled action. The office address and telephone number of Ellis, Coleman, Poirier, LaVoie & Steinheimer, LLP is 555 University Avenue, Suite 200, Sacramento, CA 95825; 916-283-8820 (telephone); (916) 283-8821 (facsimile).

Dated: September 27, 2006

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
William A. Munoz
Attorneys for Defendants
FIRST COLLECT, INC., DAVID B. FELDSTEIN, ELIZABETH MILLER, PAMELA MCCULLER, ANN VANDERBILT, HEALTHCARE BUSINESS RESOURCES, & EDWARD SUGGS

GAB.10340407.doc



IT IS SO ORDERED
Judge Martin J. Jenkins
10/2/2006
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA