William A. Munoz - 191649
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 565-0300
Facsimile: (916) 565-1636

Attorneys for Defendants
FIRST COLLECT, INC., DAVID B. FELDSTEIN, ELIZABETH MILLER, PAMELA MCCULLER, ANN VANDERBILT, HEALTHCARE BUSINESS RESOURCES, & EDWARD SUGGS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KING,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, INC.; THOMAS CHAPMAN; ECS; WEST ASSET MANAGEMENT; NATIONAL ASSET MANAGEMENT, INC.; NATIONAL ASSET MANAGEMENT ENTERPRISES, INC.; SARAH CHILES; MITCHELL D. BLUHM; FIRST COLLECT, INC.; DAVID B. FELDSTEIN; ELIZABETH MILLER; PROFESSIONAL EMERGENCY SERVICES; HEALTHCARE BUSINESS RESOURCES, INC.; PAMELA McCULLER; ANN VANDERBILT; THOMAS B. BARKER; EDWARD L. SUGGS; BARBARA BALLONE; and DOES 1 - 100, Inclusive,<br><br>  Defendants. | Case No.: C06-00275 MJJ<br><br>SUBSTITUTION OF ATTORNEY<br><br>and Order |

Defendant ELIZABETH MILLER hereby substitutes Mark E. Ellis of the Law Offices of ELLIS, COLEMAN, POIRIER, LA VOIE & STEINHEIMER, 555 University Avenue, Suite 200 East, Sacramento, California, telephone (916) 188820; facsimile (916) 283-8821, as its attorney of record in the above-entitled action, instead and in place of MURPHY, PEARSON, BRADLEY & FEENEY LLP, 701 University Avenue, Suite 150, Sacramento, CA 95825; Telephone: (916) 565-0300;

- 1 -

SUBSTITUTION OF ATTORNEY

1  Facsimile: (916) 565-1636, with the consent of William A. Munoz.

2  I consent to this substitution.

3  Dated: 10/5/06

4  _____
   ELIZABETH MILLER
5  Defendant

7  I consent to this substitution.

8  Dated: 9/29/06

9  ELLIS, COLEMAN, POIRIER, LA VOIE & STEINHEIMER

11  _____
    MARK E. ELLIS
12  New Attorney for Defendant
    ELIZABETH MILLER

14  I consent to this substitution.

15  Dated: 9/29/06

16  MURPHY, PEARSON, BRADLEY & FEENEY

17  _____
    WILLIAM A. MUNOZ
18  Former Attorneys for Defendant
    ELIZABETH MILLER

20  WAM.10340415.doc

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Martin J. Jenkins
10/13/2006

- 2 -

SUBSTITUTION OF ATTORNEY

# CERTIFICATE OF SERVICE

The undersigned certifies that the above and foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Aaron King<br>P.O. Box 420387<br>San Francisco, CA 94142 | **Plaintiff In Pro Per**<br>AARON KING |
| Mark E. Ellis<br>Ellis, Coleman, Poirier, La Voie & Steinheimer<br>555 University Avenue, Suite 200 East<br>Sacramento, CA 95825 | **Attorneys For Defendant**<br>FIRST COLLECT, INC. |

DATED this 12th day of October.

By /s/ Stephanie Thurtle
Stephanie Thurtle

- 3 -
Substitution Of Attorney