1  William A. Munoz - 191649
   MURPHY, PEARSON, BRADLEY & FEENEY
2  701 University Avenue, Suite 150
   Sacramento, CA 95825
3  Telephone:  (916) 565-0300
   Facsimile:  (916) 565-1636
4
   Attorneys for Defendants
5  FIRST COLLECT, INC., DAVID B. FELDSTEIN, ELIZABETH MILLER, PAMELA MCCULLER,
   ANN VANDERBILT, HEALTHCARE BUSINESS RESOURCES, & EDWARD SUGGS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KING,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, INC.; THOMAS CHAPMAN; ECS; WEST ASSET MANAGEMENT; NATIONAL ASSET MANAGEMENT, INC.; NATIONAL ASSET MANAGEMENT ENTERPRISES, INC.; SARAH CHILES; MITCHELL D. BLUHM; FIRST COLLECT, INC.; DAVID B. FELDSTEIN; ELIZABETH MILLER; PROFESSIONAL EMERGENCY SERVICES; HEALTHCARE BUSINESS RESOURCES, INC.; PAMELA McCULLER; ANN VANDERBILT; THOMAS B. BARKER; EDWARD L. SUGGS; BARBARA BALLONE; and DOES 1 - 100, Inclusive,<br><br>    Defendants. | Case No.: C06-00275 MJJ<br><br>SUBSTITUTION OF ATTORNEY<br>  and Order |

Defendant FIRST COLLECT, INC., hereby substitutes Mark E. Ellis of the Law Offices of ELLIS, COLEMAN, POIRIER, LA VOIE & STEINHEIMER, 555 University Avenue, Suite 200 East, Sacramento, California, telephone (916) 283-8820; facsimile (916) 283-8821, as its attorney of record in the above-entitled action, instead and in place of MURPHY, PEARSON, BRADLEY & FEENEY LLP, 701 University Avenue, Suite 150, Sacramento, CA 95825; Telephone: (916) 565-0300;

- 1 -

Substitution Of Attorney

1  Facsimile: (916) 565-1636.

2  I consent to this substitution.

3  Dated: 10/5/06

4  [signature] Ken Vanderbilt, President
   FIRST COLLECT, INC.
5  Defendant

6

7  I consent to this substitution.

8  Dated: 9/29/06

9  ELLIS, COLEMAN, POIRIER, LA VOIE &
   STEINHEIMER

10 [signature]

11 MARK E. ELLIS
   New Attorney for Defendant
12 FIRST COLLECT, INC.

13

14 I consent to this substitution.

15 Dated: 9/29/06

16 MURPHY, PEARSON, BRADLEY & FEENEY

17 [signature]
   WILLIAM A. MUNOZ
18 Former Attorneys for Defendant
   FIRST COLLECT, INC.

19

20 WAM.10340415.doc

IT IS SO ORDERED
[signature] Judge Martin J. Jenkins
10/13/2006
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

Substitution Of Attorney

**CERTIFICATE OF SERVICE**

The undersigned certifies that the above and foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Aaron King  
P.O. Box 420387  
San Francisco, CA  94142

**Plaintiff In Pro Per**  
AARON KING

Mark E. Ellis  
Ellis, Coleman, Poirier, La Voie & Steinheimer  
555 University Avenue, Suite 200 East  
Sacramento, CA  95825

**Attorneys For Defendant**  
FIRST COLLECT, INC.

DATED this 12th day of October.

By _____  
Stephanie Thurtle

Substitution Of Attorney