1  William A. Munoz - 191649
   MURPHY, PEARSON, BRADLEY & FEENEY
2  701 University Avenue, Suite 150
   Sacramento, CA 95825
3  Telephone:   (916) 565-0300
   Facsimile:   (916) 565-1636
4
   Attorneys for Defendants
5  FIRST COLLECT, INC., DAVID B. FELDSTEIN, ELIZABETH MILLER, PAMELA MCCULLER,
   ANN VANDERBILT, HEALTHCARE BUSINESS RESOURCES, & EDWARD SUGGS
6

7

8                         UNITED STATES DISTRICT COURT
9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  AARON KING, | Case No.: C06-00275 MJJ |
| 12       Plaintiff, | SUBSTITUTION OF ATTORNEY |
| 13  v. | and Order |
| 14  EQUIFAX INFORMATION SERVICES, INC.; THOMAS CHAPMAN; ECS; WEST ASSET MANAGEMENT; NATIONAL ASSET MANAGEMENT, INC.; NATIONAL ASSET MANAGEMENT ENTERPRISES, INC.; SARAH CHILES; MITCHELL D. BLUHM; FIRST COLLECT, INC.; DAVID B. FELDSTEIN; ELIZABETH MILLER; PROFESSIONAL EMERGENCY SERVICES; HEALTHCARE BUSINESS RESOURCES, INC.; PAMELA McCULLER; ANN VANDERBILT; THOMAS B. BARKER; EDWARD L. SUGGS; BARBARA BALLONE; and DOES 1 - 100, Inclusive, | |
| 21       Defendants. | |

24  Defendant DAVID B. FELDSTEIN hereby substitutes Mark E. Ellis of the Law Offices of
25  ELLIS, COLEMAN, POIRIER, LA VOIE & STEINHEIMER, 555 University Avenue, Suite 200 East,
26  Sacramento, California, telephone (916) 283-8820; facsimile (916) 283-8821, as its attorney of record
27  in the above-entitled action, instead and in place of MURPHY, PEARSON, BRADLEY & FEENEY
28  LLP, 701 University Avenue, Suite 150, Sacramento, CA 95825; Telephone: (916) 565-0300;

- 1 -

SUBSTITUTION OF ATTORNEY

1  Facsimile: (916) 565-1636.

2     I consent to this substitution.

3  Dated:

4      10/5/06

                                                   DAVID B. FELDSTEIN
                                                 Defendant

7     I consent to this substitution.

8  Dated: 9-29-06

                                                 ELLIS, COLEMAN, POIRIER, LA VOIE &
                                                 STEINHEIMER

                                               MARK E. ELLIS
                                             New Attorney for Defendant
                                             DAVID B. FELDSTEIN

14     I consent to this substitution.

15  Dated: 9/29/06

                                             MURPHY, PEARSON, BRADLEY & FEENEY

                                             WILLIAM A. MUNOZ
                                             Former Attorneys for Defendant
                                             FIRST COLLECT, INC.

20  WAM.10340415.doc

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED

*/s/ Martin J. Jenkins*

Judge Martin J. Jenkins

10/13/2006

- 2 -

SUBSTITUTION OF ATTORNEY

# CERTIFICATE OF SERVICE

The undersigned certifies that the above and foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Aaron King  
P.O. Box 420387  
San Francisco, CA 94142

**Plaintiff In Pro Per**  
AARON KING

Mark E. Ellis  
Ellis, Coleman, Poirier, La Voie & Steinheimer  
555 University Avenue, Suite 200 East  
Sacramento, CA 95825

**Attorneys For Defendant**  
FIRST COLLECT, INC.

DATED this 12th day of October.

By _____  
Stephanie Thurtle

- 3 -  
Substitution Of Attorney