1  William A. Munoz - 191649
   MURPHY, PEARSON, BRADLEY & FEENEY
2  701 University Avenue, Suite 150
   Sacramento, CA 95825
3  Telephone:   (916) 565-0300
   Facsimile:   (916) 565-1636
4
   Attorneys for Defendants
5  FIRST COLLECT, INC., DAVID B. FELDSTEIN, ELIZABETH MILLER, PAMELA MCCULLER,
   ANN VANDERBILT, HEALTHCARE BUSINESS RESOURCES, & EDWARD SUGGS
6

7

8
                        UNITED STATES DISTRICT COURT
9
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | AARON KING,                                | Case No.: C06-00275 MJJ
12 |     Plaintiff,                             | SUBSTITUTION OF ATTORNEY
                                                | and Order
13 | v.                                         |
14 | EQUIFAX INFORMATION SERVICES, INC.;
   | THOMAS CHAPMAN; ECS; WEST ASSET
15 | MANAGEMENT; NATIONAL ASSET
   | MANAGEMENT, INC.; NATIONAL ASSET
16 | MANAGEMENT ENTERPRISES, INC.; SARAH
   | CHILES; MITCHELL D. BLUHM; FIRST
17 | COLLECT, INC.; DAVID B. FELDSTEIN;
   | ELIZABETH MILLER; PROFESSIONAL
18 | EMERGENCY SERVICES; HEALTHCARE
   | BUSINESS RESOURCES, INC.; PAMELA
19 | McCULLER; ANN VANDERBILT; THOMAS B.
   | BARKER; EDWARD L. SUGGS; BARBARA
20 | BALLONE; and DOES 1 - 100, Inclusive,
21 |     Defendants.
22

23

24     Defendant ANN VANDERBILT hereby substitutes Mark E. Ellis of the Law Offices of ELLIS,

25  COLEMAN, POIRIER, LA VOIE & STEINHEIMER, 555 University Avenue, Suite 200 East,

26  Sacramento, California, telephone (916) 283-8820; facsimile (916) 283-8821, as its attorney of record

27  in the above-entitled action, instead and in place of MURPHY, PEARSON, BRADLEY & FEENEY

28  LLP, 701 University Avenue, Suite 150, Sacramento, CA 95825; Telephone: (916) 565-0300;

- 1 -

Substitution Of Attorney

1  Facsimile: (916) 565-1636.

2  I consent to this substitution.

3  Dated: 10/5/06

   _____
   ANN VANDERBILT
   Defendant

7  I consent to this substitution.

8  Dated: 9/29/06

   ELLIS, COLEMAN, POIRIER, LA VOIE &
   STEINHEIMER

   _____
   MARK E. ELLIS
   New Attorney for Defendant
   ANN VANDERBILT

14 I consent to this substitution.

15 Dated: 9/29/06

   MURPHY, PEARSON, BRADLEY & FEENEY

   _____
   WILLIAM A. MUNOZ
   Former Attorneys for Defendant
   ANN VANDERBILT

20 WAM.10340415.doc

**IT IS SO ORDERED**
Judge Martin J. Jenkins
10/13/2006
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

Substitution Of Attorney

## CERTIFICATE OF SERVICE

The undersigned certifies that the above and foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Aaron King  
P.O. Box 420387  
San Francisco, CA 94142

**Plaintiff In Pro Per**  
AARON KING

Mark E. Ellis  
Ellis, Coleman, Poirier, La Voie & Steinheimer  
555 University Avenue, Suite 200 East  
Sacramento, CA 95825

**Attorneys For Defendant**  
FIRST COLLECT, INC.

DATED this 12th day of October.

By _____  
Stephanie Thurtle

- 3 -

Substitution Of Attorney