1  William A. Munoz - 191649
   MURPHY, PEARSON, BRADLEY & FEENEY
2  701 University Avenue, Suite 150
   Sacramento, CA 95825
3  Telephone:   (916) 565-0300
   Facsimile:   (916) 565-1636
4
   Attorneys for Defendants
5  FIRST COLLECT, INC., DAVID B. FELDSTEIN, ELIZABETH MILLER, PAMELA MCCULLER,
   ANN VANDERBILT, HEALTHCARE BUSINESS RESOURCES, & EDWARD SUGGS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KING,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, INC.; THOMAS CHAPMAN; ECS; WEST ASSET MANAGEMENT; NATIONAL ASSET MANAGEMENT, INC.; NATIONAL ASSET MANAGEMENT ENTERPRISES, INC.; SARAH CHILES; MITCHELL D. BLUHM; FIRST COLLECT, INC.; DAVID B. FELDSTEIN; ELIZABETH MILLER; PROFESSIONAL EMERGENCY SERVICES; HEALTHCARE BUSINESS RESOURCES, INC.; PAMELA McCULLER; ANN VANDERBILT; THOMAS B. BARKER; EDWARD L. SUGGS; BARBARA BALLONE; and DOES 1 - 100, Inclusive,<br><br>    Defendants. | Case No.: C06-00275 MJJ<br><br>SUBSTITUTION OF ATTORNEY<br>and Order |

Defendant PAMELA MCCULLER hereby substitutes Mark E. Ellis of the Law Offices of ELLIS, COLEMAN, POIRIER, LA VOIE & STEINHEIMER, 555 University Avenue, Suite 200 East, Sacramento, California, telephone (916) 283-8820; facsimile (916) 283-8821, as its attorney of record in the above-entitled action, instead and in place of MURPHY, PEARSON, BRADLEY & FEENEY LLP, 701 University Avenue, Suite 150, Sacramento, CA 95825; Telephone: (916) 565-0300;

- 1 -

SUBSTITUTION OF ATTORNEY

```
 1  Facsimile: (916) 565-1636.
 2          I consent to this substitution.
 3  Dated: 10-9-06
 4                                              _____
                                                PAMELA MCCULLER
 5                                              Defendant
 6
            I consent to this substitution.
 7
 8  Dated: 9/29/06
                                                ELLIS, COLEMAN, POIRIER, LA VOIE &
 9                                              STEINHEIMER
10
                                                _____
11                                              MARK E. ELLIS
                                                New Attorney for Defendant
12                                              PAMELA MCCULLER
13
            I consent to this substitution.
14
15  Dated: 9/29/06
                                                MURPHY, PEARSON, BRADLEY & FEENEY
16
17
                                                _____
18                                              WILLIAM A. MUNOZ
                                                Former Attorneys for Defendant
19                                              PAMELA MCCULLER
20  WAM.10340415.doc
```

IT IS SO ORDERED
Judge Martin J. Jenkins
10/13/2006
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

SUBSTITUTION OF ATTORNEY

# CERTIFICATE OF SERVICE

The undersigned certifies that the above and foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Aaron King<br>P.O. Box 420387<br>San Francisco, CA 94142 | **Plaintiff In Pro Per**<br>AARON KING |
| Mark E. Ellis<br>Ellis, Coleman, Poirier, La Voie & Steinheimer<br>555 University Avenue, Suite 200 East<br>Sacramento, CA 95825 | **Attorneys For Defendant**<br>FIRST COLLECT, INC. |

DATED this 12th day of October.

By /s/ Stephanie Thurtle