1  William A. Munoz - 191649
   MURPHY, PEARSON, BRADLEY & FEENEY
2  701 University Avenue, Suite 150
   Sacramento, CA 95825
3  Telephone: (916) 565-0300
   Facsimile: (916) 565-1636
4
   Attorneys for Defendants
5  FIRST COLLECT, INC., DAVID B. FELDSTEIN, ELIZABETH MILLER, PAMELA MCCULLER,
   ANN VANDERBILT, HEALTHCARE BUSINESS RESOURCES, & EDWARD SUGGS
6

   UNITED STATES DISTRICT COURT

   FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KING,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, INC.; THOMAS CHAPMAN; ECS; WEST ASSET MANAGEMENT; NATIONAL ASSET MANAGEMENT, INC.; NATIONAL ASSET MANAGEMENT ENTERPRISES, INC.; SARAH CHILES; MITCHELL D. BLUHM; FIRST COLLECT, INC.; DAVID B. FELDSTEIN; ELIZABETH MILLER; PROFESSIONAL EMERGENCY SERVICES; HEALTHCARE BUSINESS RESOURCES, INC.; PAMELA McCULLER; ANN VANDERBILT; THOMAS B. BARKER; EDWARD L. SUGGS; BARBARA BALLONE; and DOES 1 - 100, Inclusive,<br><br>Defendants. | Case No.: C06-00275 MJJ<br><br>SUBSTITUTION OF ATTORNEY AND ORDER |

Defendant EDWARD SUGGS hereby substitutes Mark E. Ellis of the Law Offices of ELLIS, COLEMAN, POIRIER, LA VOIE & STEINHEIMER, 555 University Avenue, Suite 200 East, Sacramento, California, telephone (916) 283-8820; facsimile (916) 283-8821, as its attorney of record in the above-entitled action, instead and in place of MURPHY, PEARSON, BRADLEY & FEENEY LLP, 701 University Avenue, Suite 150, Sacramento, CA 95825; Telephone: (916) 565-0300;

- 1 -

SUBSTITUTION OF ATTORNEY

1  Facsimile: (916) 565-1636.

2  I consent to this substitution.

3  Dated: 10/13/06

4

5  _____
   EDWARD SUGGS
   Defendant

6

7  I consent to this substitution.

8  Dated: 7/29/06

9  ELLIS, COLEMAN, POIRIER, LA VOIE & STEINHEIMER

10

11 _____
   MARK E. ELLIS

12 New Attorney for Defendant
   EDWARD SUGGS

13

14 I consent to this substitution.

15 Dated: 9/29/06

16 MURPHY, PEARSON, BRADLEY & FEENEY

17

18 _____
   WILLIAM A. MUNOZ

19 Former Attorneys for Defendant
   EDWARD SUGGS

20 WAM.10340415.doc

**GRANTED**
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
10/18/2006

- 2 -

SUBSTITUTION OF ATTORNEY