1  William A. Munoz - 191649
   MURPHY, PEARSON, BRADLEY & FEENEY
2  701 University Avenue, Suite 150
   Sacramento, CA 95825
3  Telephone:  (916) 565-0300
   Facsimile:  (916) 565-1636
4
5  Attorneys for Defendants
   FIRST COLLECT, INC., DAVID B. FELDSTEIN, ELIZABETH MILLER, PAMELA MCCULLER,
   ANN VANDERBILT, HEALTHCARE BUSINESS RESOURCES, & EDWARD SUGGS
6

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KING, | Case No.: C06-00275 MJJ |
| Plaintiff, | SUBSTITUTION OF ATTORNEY AND ORDER |
| v. | |
| EQUIFAX INFORMATION SERVICES, INC.; THOMAS CHAPMAN; ECS; WEST ASSET MANAGEMENT; NATIONAL ASSET MANAGEMENT, INC.; NATIONAL ASSET MANAGEMENT ENTERPRISES, INC.; SARAH CHILES; MITCHELL D. BLUHM; FIRST COLLECT, INC.; DAVID B. FELDSTEIN; ELIZABETH MILLER; PROFESSIONAL EMERGENCY SERVICES; HEALTHCARE BUSINESS RESOURCES, INC.; PAMELA McCULLER; ANN VANDERBILT; THOMAS B. BARKER; EDWARD L. SUGGS; BARBARA BALLONE; and DOES 1 - 100, Inclusive, | |
| Defendants. | |

Defendant HEALTHCARE BUSINESS RESOURCES hereby substitutes Mark E. Ellis of the Law Offices of ELLIS, COLEMAN, POIRIER, LA VOIE & STEINHEIMER, 555 University Avenue, Suite 200 East, Sacramento, California, telephone (916) 283-8820; facsimile (916) 283-8821, as its attorney of record in the above-entitled action, instead and in place of MURPHY, PEARSON, BRADLEY & FEENEY LLP, 701 University Avenue, Suite 150, Sacramento, CA 95825; Telephone:

- 1 -

SUBSTITUTION OF ATTORNEY

1  (916) 565-0300; Facsimile: (916) 565-1636.

2  I consent to this substitution.

3  Dated: 10/13/06

HEALTHCARE BUSINESS RESOURCES
Defendant

7  I consent to this substitution.

8  Dated: 9/29/06

ELLIS, COLEMAN, POIRIER, LA VOIE & STEINHEIMER

MARK E. ELLIS
New Attorney for Defendant
HEALTHCARE BUSINESS RESOURCES

14  I consent to this substitution.

15  Dated: 9/29/06

MURPHY, PEARSON, BRADLEY & FEENEY

WILLIAM A. MUNOZ
Former Attorneys for Defendant
HEALTHCARE BUSINESS RESOURCES

WAM.10340415.doc

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**GRANTED**
Judge Martin J. Jenkins
10/18/2006

- 2 -

SUBSTITUTION OF ATTORNEY