IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

AARON KING, )
)
      Plaintiff, )  Case No. 3:06-CV-00275-MJJ
)
vs. )  ***ORDER GRANTING APPLICATION FOR***
)  ***ADMISSION OF ATTORNEY***
)  ***PRO HAC VICE***
)
EQUIFAX INFORMATION SERVICES, )
INC., et al )
)
      Defendants. )
)

  Brian J. Olson_____, an active member in good standing of the bar of Georgia whose business address and telephone number is <u>King & Spalding, LLP, 1180 Peachtree Street, Atlanta, Georgia 30309, (404) 215-5806</u>, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: March 30, 2007

                                                        */s/ Martin J. Jenkins*
                                             United States District Court Judge

ORIGINAL