Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, L.L.P
3667 Voltaire Street
San Diego, CA  92106
Tel:    619-758-1891
Fax:    619-222-3667
e-mail: dkirkpatrick@sessions-law.biz

David Israel
*Admitted Pro Hac Vice*
SESSIONS, FISHMAN & NATHAN, L.L.P.
Lakeway Two, Suite 1240
3850 North Causeway Boulevard
Metairie, LA  70002-1752
Tel:  504-828-3700
Fax:  504-828-3737
e-mail: disrael@sessions-law.biz

Attorneys for Defendants
West Asset Management, National Asset Management, National Asset Management
Enterprises, Sarah Chiles, Mitchell D. Bluhm, Thomas B. Barker, and Educational Credit
Services

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KING,<br><br>            Plaintiff,<br><br>   vs.<br><br>EQUIFAX INFORMATION SERVICES, INC.,<br>et al.,<br><br>            Defendants. | Case No.: C06-00275 MJJ<br><br>JOINT STIPULATION TO<br>RESCHEDULE SETTLEMENT<br>CONFERENCE AND [PROPOSED]<br>ORDER THEREON |

Defendants West Asset Management, Inc., National Asset Management, Inc.,

National Asset Management Enterprises, Inc., Sarah Chiles, Mitchell D. Bluhm, Thomas

Barker, and Educational Credit Services ("the West defendants"), Equifax Information

Services, LLC (incorrectly identified by Plaintiff's Complaint as "Equifax Information

Services, Inc."), Thomas Chapman, Barbara Ballone ("the Equifax defendants"), and

First Collect, Inc., David B. Feldstein, Elizabeth Miller, Healthcare Business Resources,

Inc., Pam McCuller, Ann Vanderbilt, and Edward L. Suggs ("the First Collect

defendants"), by and through their attorneys of record, and Plaintiff Aaron King hereby

stipulate as follows:

    WHEREAS the Settlement Conference in the above-entitled action is presently

scheduled for September 12, 2007 at 10:00 a.m.; and

    WHEREAS this date conflicts with the observance of Rosh Hashanah;

    IT IS HEREBY STIPULATED that the Settlement Conference be continued from

September 12, 2007 to September 25, 2007 at 10:00 a.m. or such other date after

September 25, 2007 a.m. as the Court may set in the event September 25, 2007 is no

longer available on the Court's calendar.

Dated:

                               Aaron King, Plaintiff

                               Sessions, Fishman & Nathan in California, LLP

Dated:   8/3/07

                               Debbie P. Kirkpatrick
                               Attorney for the West defendants

                               King & Spalding, LLP

Dated:   8/1/07

                               s/Brian J. Olson
                               Brian J. Olson
                               Attorney for the Equifax defendants

Ellis, Coleman, Poirier, LaVoie & Steinheimer

Dated: 8/2/07

Andrew Steinheimer
Attorney for the First Collect defendants

## ORDER

Based on the foregoing Stipulation, it is hereby ordered that the Settlement Conference presently scheduled for September 12, 2007 at 10:00 a.m. shall be continued to:

September 25, 2007 _____ at _10:00_____ a.m./p.m.x

Dated:    August 14, 2007

_____

Maria-Elena James
United States Magi~~strate~~

IT IS SO ORDERED

Judge Maria-Elena James

1   Services, LLC (incorrectly identified by Plaintiff's Complaint as "Equifax Information

2   Services, Inc."), Thomas Chapman, Barbara Ballone ("the Equifax defendants"), and

3

4   First Collect, Inc., David B. Feldstein, Elizabeth Miller, Healthcare Business Resources,

5   Inc., Pam McCuller, Ann Vanderbilt, and Edward L. Suggs ("the First Collect

6
    defendants"), by and through their attorneys of record, and Plaintiff Aaron King hereby
7
    stipulate as follows:
8

9       WHEREAS the Settlement Conference in the above-entitled action is presently

10  scheduled for September 12, 2007 at 10:00 a.m.; and

11

12      WHEREAS this date conflicts with the observance of Rosh Hashanah;

13      IT IS HEREBY STIPULATED that the Settlement Conference be continued from

14  September 12, 2007 to September 25, 2007 at 10:00 a.m. or such other date after

15
    September 25, 2007 a.m. as the Court may set in the event September 25, 2007 is no
16
17  longer available on the Court's calendar.

18
    Dated:  08/06/07
19
                                            _____
20                                          Aaron King, Plaintiff

21                                          Sessions, Fishman & Nathan in California, LLP

22  Dated:
                                            _____
23                                          Debbie P. Kirkpatrick
24                                          Attorney for the West defendants

25                                          King & Spalding, LLP

26  Dated:
                                            _____
27                                          Brian J. Olson
28                                          Attorney for the Equifax defendants