**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KING, | No. C06-00275 MJJ |
| Plaintiff, | **ORDER VACATING OCTOBER 16, 2007 HEARING AND SCHEDULING NEW HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| EQUIFAX INFORMATION SERVICES INC, | |
| Defendant. | |

Before the Court is Plaintiff's Motion for Extension of Time to File Answer. (Docket No. 138.) Plaintiff filed an Opposition to Defendants' Motion for Summary Judgment on September 20, 2007. (Docket No. 142.) Thus, Plaintiff's Motion for Extension of Time to File Answer is now moot. Accordingly, the Court **DENIES** Plaintiff's Motion for Extension of Time to File Answer and **VACATES** the October 16, 2007 hearing.

Defendants' Motion for Summary Judgment is set for hearing on **November 6, 2007 at 9:30 a.m.** (Docket No. 125.) Defendants shall file a reply brief **before Tuesday, October 9, 2007.**

**IT IS SO ORDERED.**

Dated: September 28, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE