IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KING,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES INC,<br><br>    Defendant.<br>_____/ | No. C06-00275 MJJ<br><br>**ORDER REGARDING HEARING ON SUMMARY JUDGMENT MOTION** |

Before the Court is Defendants First Collect, Inc., David B. Feldstein, Elizabeth Miller, Healthcare Business Resources, Inc., Pamela McCuller, Ann Vanderbilt, and Edward L. Suggs' (collectively, "Defendants") Motion for Summary Judgment. (Docket No. 125.) Plaintiff Aaron King filed an Opposition to this Motion as well as a number of documents in support of his position. (Docket No. 142.) Plaintiff's Opposition, however, lacks specificity both in responding to arguments raised by Defendants and in identifying the evidence that enables Plaintiff's claims to survive summary judgment. The Court therefore **ORDERS** Plaintiff to be prepared at the November 6, 2007 hearing to address each of Defendants' legal arguments and direct the Court to the relevant portions of the record.

**IT IS SO ORDERED.**

Dated: October 30, 2007

                                                                                  MARTIN J. JENKINS<br>                                                                                 UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California