Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
ELLIS, COLEMAN, POIRIER, LaVOIE
 & STEINHEIMER, LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Telephone: (916) 283-8820
Facsimile: (916) 283-8821

Attorneys for Defendants FIRST COLLECT, INC., AND RELATED DEFENDANTS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KING<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, INC.; THOMAS CHAPMAN; ECS; WEST ASSET MANAGEMENT; NATIONAL ASSET MANAGEMENT, INC.; NATIONAL ASSET MANAGEMENT ENTERPRISES, INC.; SARAH CHILES; MITCHELL D. BLUHM; FIRST COLLECT, INC.; DAVID B. FELDSTEIN; ELIZABETH MILLER; PROFESSIONAL EMERGENCY SERVICES; HEALTHCARE BUSINESS RESOURCES, INC.; PAMELA McCULLER; ANN VANDERBILT; THOMAS B. BARKER; EDWARD L. SUGGS; BARBARA BALLONE; and DOES 1 - 100, Inclusive,<br><br>    Defendants. | Case No.: C06-00275 MJJ<br><br>[PROPOSED] ORDER GRANTED DEFENDANTS' TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE<br><br>DATE:  November 6, 2007<br>TIME:  10:00 A.M.<br>JUDGE: Maria-Elena James |

- 1 -

[PROPOSED] ORDER GRANTED DEFENDANTS' REQUEST TO BE EXCUSED FROM PERSONAL APPEARANCE AT THE SETTLEMENT CONFERENCE

1  Good cause appearing therefore, the court hereby grants the request of Defendants FIRST
2  COLLECT, INC., DAVID B. FELDSTEIN, ELIZABETH MILLER, HEALTHCARE BUSINESS
3  RESOURCES, INC., PAMELA McCULLER, ANN VANDERBILT, EDWARD L. SUGGS and
4  insurance representative SHAWN HARRIS to be excused from personal appearance at the settlement
5  conference in this case scheduled for November 6, 2007.
6  Counsel for these defendants shall personally appear at the settlement conference. One
7  representative for the FirstCollect Defendants shall appear at the settlement conference via telephone.
8  Mr. Harris, on behalf of the insurer, shall also appear at the settlement conference via telephone.
9  IT IS SO ORDERED.
10  Date: November 1, ___, 2007
11
   Honorable Maria-Elena James
   United States Magistrate Judge

   [stamp: IT IS SO ORDERED / Judge Maria-Elena James / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

- 2 -

[PROPOSED] ORDER GRANTED DEFENDANTS' REQUEST TO BE EXCUSED FROM PERSONAL
APPEARANCE AT THE SETTLEMENT CONFERENCE