1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
2  SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, L.L.P.
   3667 Voltaire Street
3  San Diego, CA 92106
4  Tel: 619-758-1891
   Fax: 619-222-3667
5  e-mail: dkirkpatrick@sessions-law.biz

6
   David Israel
7  *Admitted Pro Hac Vice*
   SESSIONS, FISHMAN & NATHAN, L.L.P.
8  Lakeway Two, Suite 1240
9  3850 North Causeway Boulevard
   Metairie, LA 70002-1752
10 Tel: 504-828-3700
11 Fax: 504-828-3737
   e-mail: disrael@sessions-law.biz
12

13 Attorneys for Defendants
   West Asset Management, National Asset Management, National Asset Management
14 Enterprises, Sarah Chiles, Mitchell D. Bluhm, Thomas B. Barker, and Educational
15 Credit Services

16
17                     UNITED STATES DISTRICT COURT
18                    NORTHERN DISTRICT OF CALIFORNIA
19                         SAN FRANCISCO DIVISION

20 _____

21 | Aaron King;                          | No. C06-00275 MJJ
   |         plaintiff,                   |
22 | v.                                   | Stipulation of Dismissal with Prejudice
   |                                      | and [~~Proposed~~] Order Thereon
23 | Equifax Information Services, Inc., et al |
24 |         defendants                   | Fed. R. Civ. P. 41 (a)(1)
25 _____

26      Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, AARON KING, and Defendants,
27 West Asset Management, National Asset Management, National Asset Management
28

Title: King v. Equifax Information Services et al                Case number: C06-00275 MJJ
                                           1
              Stipulation of Dismissal with Prejudice and [Proposed] Order Thereon

Enterprises, Sarah Chiles, Mitchell D. Bluhm, Thomas B. Barker, and Educational Credit Services, through said Defendants' counsel of record, stipulate, and the Court hereby orders, as follows:

The claims asserted by Plaintiff, AARON KING, against Defendants, West Asset Management, National Asset Management, National Asset Management Enterprises, Sarah Chiles, Mitchell D. Bluhm, Thomas B. Barker, and Educational Credit Services, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: NOVEMBER 1, 2007

_____
Aaron King
Plaintiff, Pro Se

Dated: 11/5/07

_____
Debbie P. Kirkpatrick Sessions, Fishman & Nathan in California, LLP

Attorney for Defendants
West Asset Management, National Asset Management, National Asset Management Enterprises, Sarah Chiles, Mitchell D. Bluhm, Thomas B. Barker, and Educational Credit Services

IT IS SO ORDERED.

Dated: 11/06/07

_____
Hon. Martin J. Jenkins
United States District Judge

Title: King v. Equifax Information Services                                Case number: C06-00275 MJJ
Stipulation of Dismissal