IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AARON KING,

         Plaintiff(s),

vs.

EQUIFAX.

         Defendant(s).

**AMENDED**
NO: C-06-0275 MJJ
NOTICE AND ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE

    PLEASE TAKE NOTICE that this case has been scheduled for a Further Settlement Conference before Magistrate Judge Maria-Elena James. The Settlement Conference shall take place on June **18, 2008 at 10:00 a.m**. **in Judge James' <u>chambers</u>**, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102. **The parties shall immediately notify the Court if this matter settles or is dismissed before the settlement conference date.** On the date of the settlement conference, plaintiff shall use the telephone adjacent to chambers' security entrance to notify the Court of his arrival. **Defense counsel shall be available by telephone.**

    Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

IT IS SO ORDERED.

Dated: April 30, 2008

                                    MARIA-ELENA JAMES
                                    United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

AARON KING,

        Plaintiff,

v.

EQUIFAX INFORMATION SERVICES INC et al,

        Defendant.

Case Number: CV06-00275 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aaron King
P.O. Box 420387
San Francisco, CA 94142

Albert Finch
Ericksen, Arbuthnot, Kilduff, Day, and Lindstrom
111 Sutter, Suite 575
San Francisco, CA 94104

Andrew M. Steinheimer
Ellis Coleman Poirier LaVoie & Steinheimer LLP
555 University Avenue
Suite 200 East
Sacramento, CA 95825

Brian James Olson
King & Spalding, LLP.
1180 Peachtree Street
Atlanta, GA 30309

David Israel
Sessions, Fishman, Nathan & Israel, L.L.P.
Lakeway Two, Suite 200
3850 North Causeway Boulevard

2

**United States District Court**
For the Northern District of California

1  Metairie, LA 70002-7227

2  Debbie Paulerio Kirkpatrick
   Sessions Fishman Nathan & Israel, L.L.P.
3  3667 Voltaire Street
   San Diego, CA 92106

4  
   G. John Cento
5  Kilpatrick Stockton LLP
   1100 Peachtree Street, Suite 2800
6  Atlanta, GA 30309-4530

7  Mark Ewell Ellis M
   Ellis Coleman Poirier LaVoie & Steinheimer LLP
8  555 University Avenue
   Suite 200 East
9  Sacramento, CA 95825

10 Thomas P. Quinn
   Nokes & Quinn
11 450 Ocean Avenue
   Laguna Beach, CA 92651

12 Dated: April 30, 2008

13                                          Richard W. Wieking, Clerk
                                            By: Brenda Tolbert, Deputy Clerk

3