Aaron King, Esq.
PO Box 420387
San Francisco, CA 94142
Email: aaron10mail@yahoo.com

Counsel, Pro Se, Plaintiff



E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Aaron King; <br> plaintiff, <br> v. <br> Equifax Information Services, Inc., et al <br><br> defendants | No. C06-00275 MJJ <br><br> Stipulation of Dismissal with Prejudice and [Proposed] Order Thereon <br><br> Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff, Aaron King, and Defendants, First Collect, Inc.; David B. Feldstein; Elizabeth Miller; Healthcare Business Resources, Inc.; Pamela McCuller; Ann Vanderbilt; and Edward L. Suggs, through said Defendant's counsel of record, stipulate, and the Court hereby orders, as follows:

The claims asserted by Plaintiff, Aaron King, against Defendants, First Collect, Inc.; David B. Feldstein; Elizabeth Miller; Healthcare Business Resources, Inc.; Pamela McCuller; Ann Vanderbilt; and Edward L. Suggs, in the above captioned proceedings are hereby dismissed, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1).

/ / /

/ / /

/ / /

- 1 -

King v. Equifax Information Services, Inc., et. al.                                                    Case No. C06-00275 MJJ
Stipulation of Dismissal with Prejudice and [Proposed] Order Thereon

| | |
|---|---|
| Dated: June 29, 2009 | _____<br>Aaron King, Counsel Pro Se, Plaintiff |
| Dated: 7/2/09 | _____<br>Andrew Steinheimer of Ellis, Coleman, Poirier, La Voie & Steinheimer, LLP<br><br>Attorneys for Defendants First Collect, Inc.; David B. Feldstein; Elizabeth Miller; Healthcare Business Resources, Inc.; Pamela McCuller; Ann Vanderbilt; and Edward L. Suggs |

IT IS SO ORDERED.

Dated: JUL 0 6 2009

_____
~~HON. MARIA-ELENA JAMES~~
~~United States Magistrate Judge~~
Jeffrey S. White
United States District Judge

- 2 -
King v. Equifax Information Services, Inc., et al.                                      Case No. C06-00275 MJJ
Stipulation of Dismissal with Prejudice and ~~[Proposed]~~ Order Thereon

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AARON KING,

        Plaintiff,

v.

EQUIFAX INFORMATION SERVICES INC
et al,

        Defendant.

Case Number: CV06-00275 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aaron King
P.O. Box 420387
San Francisco, CA 94142

Dated: July 6, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk